```
        IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                 JONESBORO DIVISION
```

JESSICA CORTER,
  on behalf of M.M.,                                        Plaintiff

v.                              3:10CV00117 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                     Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 3rd day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE